UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAVIER MALDONADO PATINO,

Petitioner,

v.                                                    CAUSE NO. 3:26cv833 DRL-SJF

BRIAN ENGLISH *et al.*,

Respondents.

ORDER

Immigration detainee Javier Maldonado Patino, by counsel, moves to voluntarily dismiss his habeas corpus petition without prejudice. He states that he was recently ordered removed to Mexico and does not wish to pursue habeas relief at this time. In the interest of justice, the motion will be granted.

For these reasons, the motion [9] is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close the case.

SO ORDERED.

July 14, 2026                          *s/ Damon R. Leichty*
                                       Judge, United States District Court